**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELISSA SMITH,**

                **Plaintiff,**

**-vs-**                                                              **Case No. 6:11-cv-1110-Orl-37KRS**

**CITY OF NEW SMYRNA BEACH,**

                **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION TO ENLARGE TIME TO CONFER AND TO FILE PRETRIAL STIPULATION (Doc. No. 73)**
>
> **FILED:** December 30, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The parties have had notice of the deadline for meeting in person to prepare a final pretrial statement and the deadline for filing the final pretrial statement since April 23, 2012, when the Court issued its Amended Case Management and Scheduling Order (Doc. No. 34). Sufficient time remains this week for counsel to meet and prepare the final pretrial statement for timely filing.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2013.

                                                               *Karla R. Spaulding*
                                                           KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE